**FILED**

20-20009
AUG 10 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Bruce,

8/4/2020

Hello! My Name is Alvin Beasley. I am writing In regards to my Lawyer Alfred Ivy. Ivy and myself no longer have a working relationship. We can not seem to get on the same page in which way we would like to proceed in this case. I feel as if my best intrest dese not lye in MR. Ivy's hands. I respectfully ask that I be appointed to the federal Public Defenders office for Counsel. instead of a Pro bono Lawyer or Alfred Ivy. I have also Notified Mr. Ivy that I would be approaching the court with this Letter.

Thank you Judge Bruce for your time and have a nice Day sir!

/s/ Al Beasley
Alvin Beasley

Date: August 4, 2020

Alvin Beasley
1505 W Hagerman
Sullivan IL
61951

61802-331799

CHAMPAIGN IL 618
06 AUG 2020 PM 5 L
FOREVER
USA

Barn Swallow

For: Judge Bruce
To:
Circuit Clerk
201 S. Vine st
URBaNa IL
61802