UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA )
    Plaintiff, ) Case No. 20-14-20009
v. ) Judge Colin T. Bruce
ALVIN BEASLEY )
    Defendant. )

## NOTICE OF APPEAL

Please take notice that Defendant Alvin Beasley files this NOTICE OF APPEAL in regards to the aforementioned case. This notice is being filed within the allotted 14 days after the verdict pursuant to Fed. R. App. P. 4(b).

As is pursuant to 28 U.S.C. 1746, Defendant Alvin Beasley states that the foregoing is true and correct.

Respectfully Submitted

Date: October 3, 2021

Alvin Beasley #72877
(X) Al. Beasley #72877
844 W. Lincoln St
Pontiac, IL 61764