

2/13/2022

Judge Bruce,

This is Alvin Beasley. And the last time you spoke to me you told me I had some descions to make. And at this time I would like to ask the court to appoint me new counsle. My and Zopf relationship has ran Its course. Zopf will not cooperate with me. Nor will he file any motion that would help me in any way. Simply put Zopf's Idea off help is sending someone to jail for crimes they didn't committ. Agian could you please appoint me new counsle so that I could get the proper help that Is needed.

/s/ Al. Beasley
Alvin Beasley

Date: 2/13/2022