CHAMPAIGN IL 618
15 FEB 2022 PM 4 L

c/o United States Courts
Judge Colin Bruce
127 U.S. Courthouse
201 S. Vine Street
Urbana IL) 61802-9919

61802-336999

Alvin Beasley
844 West Lincoln
Pontiac IL) 61764